

## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

LA'DARRELLE R. DIXON,         )
                             )
        Petitioner,      )       CIVIL ACTION NO. CV205-040
                             )
        v.              )
                             )
UNITED STATES OF AMERICA,   )       (Case No.:  CR204-3)
                             )
        Respondent.    )

## ORDER

Petitioner has filed a Motion for Reconsideration pursuant to FED. R. CIV. P. 59(e) in which he requests this Court to reconsider its Order dated October 5, 2005.  That Order denied Petitioner's motion to vacate, set aside, or correct his sentence filed pursuant to 28 U.S.C.A. § 2255.  The Government has filed a response.  Upon review, Petitioner's Motion for Reconsideration is **DENIED**.  The Order dated October 5, 2005, shall remain the Order of the Court.

**SO ORDERED**, this _22_ day of _Nov._, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)