# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2006 JAN 17  P 12: 04

CLERK_____
_____ OF GA.

LADARRELLE R. DIXON

VS.                                                           CV205-40

UNITED STATES OF AMERICA

## ORDER

The appeal in the above-styled action having been dismissed for want of prosecution, by the

United States Court of Appeals for the Eleventh Circuit;

**IT IS HEREBY ORDERED** that the order of the Eleventh Circuit is made the order of this

Court.

**SO ORDERED**, this _12th_ day of January, 2006.

_____
Judge, United States District Court
Southern District of Georgia